**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Verlener Corporation__ Case No. __09-38786__ Chapter __11__

All Cases: Moving Creditor __BankFinancial FSB__ Date Case Filed __October 16, 2009__

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __N/A__ or Date Plan Confirmed __N/A__

Chapter 7: ☐ No-Asset Report Filed on __N/A__
☐ No-Asset Report not Filed, Date of Creditors Meeting __N/A__

1. Collateral
   a. ☐ Home
   b. ☐ Car Year, Make, and Model _____
   c. ☒ Other (describe) __Commercial Real Estate__

2. Balance Owed as of Petition Date $ __693,294.41__
   Total of all other Liens against Collateral $ __Taxes 2008 2nd Installment $11,388.27__

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __$500,000.00 Per Schedule A &D.__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____   Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) __Adequate Protection Payments__

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☒ Other (describe) __Adeqyate Protection Payments__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____   _____
                                    Counsel for Movant

(Rev. 8/18/09)