UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| VERLENER CORPORATION, | ) | CASE NO. 09 B 38786 |
| | ) | |
| DEBTOR. | ) | JUDGE BRUCE W. BLACK |

## MOTION TO DISMISS CHAPTER 11 CASE

NOW COMES WILLIAM T. NEARY, the United States Trustee for the Northern District of Illinois (U.S. Trustee), by his attorney, M. Gretchen Silver, and pursuant to §1112 of the Bankruptcy Code, 11 U.S.C. §§101 et seq. (Code), moves for entry of an order dismissing this case. In support thereof, the U.S. Trustee states:

1. This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Rule 2.33 and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. The Debtor commenced this case on October 16, 2009, by filing its voluntary petition for relief under Chapter 11 of the Code, and has remained in possession and control of its assets and continues to operate its business pursuant to §§1107 and 1108 as debtor-in-possession.

3. The Debtor is engaged in the business of owning one property, which is leased. The Debtor's sole source of income is rent from the property. Debtor has no other source of income and does not conduct any other business.

4. The Debtor has only one creditor, which is the secured lender on the property.

5. The creditor requested and was granted relief from the automatic stay on November 18, 2009. Therefore, there is no reasonable likelihood of reorganization in this case.

6. Based on the foregoing, the U.S. Trustee believes that due cause exists to dismiss this case, pursuant to §1112(b) of the Code.

7. The U.S. Trustee requests that in the required notice be limited to that given because the sole creditor has been granted relief and no further purpose is served by the continuation of this case.

**WHEREFORE**, the U.S. Trustee prays for an order dismissing this case, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: <u>November 19, 2009</u>　　　　BY:　　<u>/s/ M. Gretchen Silver</u>
　　　　　　　　　　　　　　　　　　　　M. Gretchen Silver
　　　　　　　　　　　　　　　　　　　　OFFICE OF THE U.S. TRUSTEE
　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　　　　　　　　　　　Room 873
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　(312) 353-5054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| VERLENER CORPORATION, | ) | CASE NO. 09 B 38786 |
| | ) | |
| DEBTOR. | ) | JUDGE BRUCE W. BLACK |

## NOTICE OF MOTION

To:  See Attached Service List

    PLEASE TAKE NOTICE that on **Monday, November 30, 2009, at 9:30 a.m.**, I shall appear before Bruce W. Black, Bankruptcy Judge, in Courtroom 615, at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present a **MOTION TO DISMISS CHAPTER 11 CASE,** at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date, a copy of which is attached and served on you.

                                                    /s/ *M. Gretchen Silver*
                                                    M. Gretchen Silver
                                                    OFFICE OF THE U.S. TRUSTEE
                                                    219 South Dearborn Street
                                                    Room 873
                                                    Chicago, Illinois 60604
                                                    (312) 353-5054

## CERTIFICATE OF SERVICE

    I, M. Gretchen Silver, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Notice of Motion** and **U.S. Trustee's Motion to Convert  Or Dismiss Case** were filed on November 19, 2009, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on November 19, 2009.

                                                    /s/ *M. Gretchen Silver*

**Registrants Served Through the Court's Electronic Notice For Registrants:**

Ernesto D Borges:      aferreria@bill-busters.com, BillBusters@BestClientInc.com

Francis J. Pendergast:   fpendergast@crowleylamb.com, shurley@crowleylamb.com


**Parties Served via First Class Mail:**

District Counsel
Internal Revenue Service
200 West Adams/23rd Floor
Chicago, IL 60604
Attn: Asst. Dist. Counsel (Gen Lit.)

James Newbold, Esq.
Office of the Attorney General
Revenue Litigation Division
100 West Randolph Street
Chicago, IL 60601

District Director
Post Office Box 745
Chicago, IL 60690
Attn: C:SPf:B/C:Edna Poe

Joel Nathan Esq.
United States Attorney's Office
Civil Division
219 South Dearborn Street
14th Floor
Chicago, IL 60601


**See attached Mailing Matrix**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-38786<br>Northern District of Illinois<br>Chicago<br>Thu Nov 19 10:09:27 CST 2009 | Bank Financial F.S.B.<br>15W060 North Frontage Rd.<br>Willowbrook, IL 60527-6928 | BankFinancial FSB<br>15W060 N. Frontage Road<br>Burr Ridge, IL 60527-6928 |
| Bruce W. Black<br>Chicago, IL 60604 | Ernesto D Borges<br>Law Offices of Ernesto Borges<br>105 W Madison Street<br>23rd Floor<br>Chicago, IL 60602-4647 | Crowley & Lamb, P.C.<br>350 N. LaSalle St.<br>Suite 900<br>Chicago, IL 60654-5136 |
| Helen Crawley<br>7851 South Shore Drive<br>Chicago, IL 60649-5390 | William T Neary<br>~~Office of the U.S. Trustee, Region 11~~<br>~~219 S Dearborn St~~<br>~~Room 873~~<br>~~Chicago, IL 60604-1702~~ | Francis J. Pendergast III<br>Crowley & Lamb<br>350 N. LaSalle Street<br>Suite 900<br>Chicago, IL 60654-5136 |
| Unicorn Oil Corporation<br>PO Box 495916<br>Chicago, IL 60649-5916 | Verlener Corporation<br>10115 S. Torrence Ave.<br>Chicago, IL 60617-5360 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    0<br>Total                 10 |